IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09MC210-RLV-DSC

ACE AMERICAN INSURANCE COMPANY, )
)
        **Plaintiff,** )
)
v. )
)
)
NUCOR CORPORATION, )
)
        **Defendant.** )
)
_____)

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Charles J. Jesuit, Jr.]" (document #7) filed January 4, 2010. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 4, 2010

David S. Cayer
United States Magistrate Judge