# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:09MC210-RLV-DSC

ACE AMERICAN INSURANCE COMPANY,   )
                                         )
             Plaintiff,                    )
                                         )
v.                                              )
                                       )
                                       )
NUCOR CORPORATION,                   )
                                       )
             Defendant.                )
                                       )
_____)

## <u>ORDER</u>

**THIS MATTER** is before the Court following telephonic communication from Plaintiff's counsel informing the Court that the underlying matter pending in the Eastern District of Arkansas (<u>Lexicon, et. al. v. ACE American Insurance Company, et. al.</u>, E.D. Ark. File No. 4:09CV67, hereafter the "Lexicon Action") has been resolved by entry of summary judgment. Accordingly, Plaintiff's "Motion Compel ..." (document #1) is now moot.

**NOW THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's "Motion Compel ..." (document #1) is **DENIED AS MOOT WITHOUT PREJUDICE** to Plaintiff's right to move to re-open this matter and re-assert its Motion to Compel should the Order granting summary judgment in the Lexicon Action be reconsidered or overturned, or otherwise if discovery in the Lexicon Action is re-commenced.

The Clerk is directed to send copies of this Order to counsel for the parties; <u>and to the Honorable Richard L. Voorhees.</u>

**SO ORDERED**.

Signed: January 8, 2010

David S. Cayer
United States Magistrate Judge